IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY COPELAND,

    Petitioner,

v.                                              4:16cv490–WS/EMT

FLORIDA DEPARTMENT
OF CORRECTIONS SECRETARY,

    Respondent.

_____

## ORDER DENYING PETITIONER'S PETITION
## FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (doc. 30) docketed April 9, 2018. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (doc. 33) to the magistrate judge's report and recommendation. Respondent has filed no objections to the report and recommendation and has not responded to Petitioner's objections.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 30) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is GRANTED as to Ground One of Petitioner's petition for writ of habeas corpus but is DENIED as to Grounds Two, Three, and Four.

DONE AND ORDERED this __6th__ day of __July__, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.